**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 23, 2009

Charles R. Fulbruge III
Clerk

No. 08-50103
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LARRY WAYNE NORWOOD,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-979-3

Before KING, STEWART and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Larry Wayne Norwood has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Norwood has filed a response. The record is insufficiently developed to allow consideration at this time of Norwood's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when they have not been raised before the district court since no opportunity

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Norwood's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.